No. 20,372.

THE STATE OF KANSAS, *Appellee,* v. JOHN COLLETTI, *Appellant.*

SYLLABUS BY THE COURT.

LIQUOR NUISANCE—*Conviction—No Error in Record.* The verdict, being supported by sufficient competent testimony, is not contrary to the evidence and is not contrary to the law.

Appeal from Cherokee district court; JAMES N. DUNBAR, judge. Opinion filed February 12, 1916. Affirmed.

*A. L. Majors,* and *C. B. Skidmore,* both of Columbus, for the appellant.

*S. M. Brewster,* attorney-general, and *F. W. Boss,* county attorney, for the appellee.

The opinion of the court was delivered by

WEST, J.: The defendant was convicted of maintaining a liquor nuisance and appeals, assigning as error that the verdict is contrary to the law and the evidence. Numerous witnesses

desired the jury to believe that it was a social affair by a club, but the sheriff and undersheriff told what they saw, and this was quite sufficient to support the verdict.

Being in accord with this part of the evidence, which the jury evidently believed, the verdict is also in harmony with the law.

The judgment is affirmed.